IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ERACLIO BERNAL,                          )
                                         )
                    Plaintiff,           )
                                         )
v.                                       )        Case. No. 5:12-CV-00392-R
                                         )                 CIV-13-485-R
T.K. STANLEY, INC., a Mississippi        )
Corporation,                             )
                                         )
                    Defendant.           )

**ORDER**

NOW on the 11th day of June, 2013, the Court considers Defendant T.K. Stanley,

Inc.'s Unopposed Motion to Consolidate and Brief in Support [Doc. 30] requesting the

Court consolidate Case No. CIV-13-485-R, styled *T.K. Stanley, Inc. v. Chaparral*

*Energy, L.L.C.*, into this action.

For good cause shown, the Court hereby orders that Case No. CIV-13-485-R be

consolidated into this action. All future filings should reflect Case No. CIV-12-392-R.

IT IS SO ORDERED 11th day of June, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE